**COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:  David M. Conklin v. Henrietta Wright

Appellate case number:  01-15-00543-CV

Trial court case number:  2014-18121

Trial court:  281st District Court of Harris County

On June 23, 2015, appellant, David Conklin, filed an affidavit of indigence in the trial court in the above-referenced matter. On June 19, 2015, the district clerk filed a contest to the affidavit. On June 24, 2015, the trial court signed an order, overruling the contest. Therefore, appellant is entitled to proceed without advance payment of costs.

The Clerk of this Court is **ORDERED** to make an entry in this Court's records that appellant is indigent and is allowed to proceed on appeal without advance payment of costs.

It is further **ORDERED** that the District Clerk file with this Court, within 30 days of the date of this order and at no cost to appellant, a clerk's record containing the items specified in Texas Rule of Appellate Procedure 34.5(a).

The Court Reporter has advised this Court that there is no reporter's record.

Appellant's brief is **ORDERED** filed with this Court within 60 days of the date of this order. Appellee's brief, if any, must be filed within 90 days of the date of this order.

It is so ORDERED.

Judge's signature: /s/ Harvey Brown
                ☒   Acting individually     ☐ Acting for the Court

Date:  September 22, 2015